# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-05-1042-PHX-EHC |
| Plaintiff-Respondent, | No. CV-07-2079-GMS (JCG) |
| v. | **ORDER** |
| Orlando Rios-Lagarrata, | |
| Defendant-Movant. | |

Pending before the Court are Plaintiff-Respondent's Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody and United States Magistrate Judge Guerin's Report and Recommendation ("R&R"). Dkt. ## 1, 10). The R&R recommends that the Court deny the motion. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 6 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b) 6(a) and 6(e); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("Section 636(b)(1) does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to."). The

Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and deny the motion. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge Guerin's R&R (Dkt. # 10) is **accepted**.

2. Plaintiff-Respondent's Motion to Vacate, Set Aside or Correct Sentence (Dkt # 1) is **denied**.

3. The Clerk of Court shall **terminate** this action.

DATED this 26th day of August, 2009.

_____
G. Murray Snow
United States District Judge